IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Robert Eugene Poole ) <br> ) <br> _____ ) <br> ) <br> _____ ) <br> ) <br> _____ ) <br> ) <br> Defendant(s). ) | Criminal No. 05-20098 Ml <br><br> (90-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, July 22, 2005, with trial to take place on the August, 2005, rotation calendar with the time excluded under the Speedy Trial Act through August 12, 2005. Agreed in open court at report date this 22nd day of April, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-27-05

SO ORDERED this 22nd day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

Jake Erwin by Scott Hall

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20098 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT