# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -4  PM 3: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 05-20098-M1 |
| ) | |
| ROBERT EUGENE POOLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States and for good cause shown, an examination and report shall be completed by the United States Bureau of Prisons, pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine the defendant's mental competency to stand trial and determine defendant's sanity at the time of the offense, and for any mental treatment necessary.

IT IS SO ORDERED this ___4___ day of ~~April~~ MAY, 2005.

JON P. McCALLA
U.S. DISTRICT JUDGE

APPROVED BY:

STEPHEN C. PARKER
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-9-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20098 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT