IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 MAY -6 AM 10: 53

ROBERT R. ___ CLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

ROBERT POOLE,

    Defendant.

No. 05-20098

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS UPON COMPLETION OF DISCOVERY

Before this Honorable Court is Defendant Robert Poole's Motion for Leave to File Additional Motions Upon Completion of Discovery. It appearing to this Court that time beyond the required 30 days for filing of motions is necessary;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request for additional time is granted. Defendant shall have 30 days after completion of Discovery to file all pre-trial motions.

Entered this the __6__ day of __MAY__, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __5/12/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20098 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT