

FILED BY _____ D.C.

05 JUN 22 PM 12: 00

ROBERT R. DI TROLIO
~~CLERK, U.S. DIST. CT.~~
W.D. OF TN, MEMPHIS

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
Federal Medical Center
3301 Leestown Road
Lexington, Kentucky 40511-8799

June 7, 2005

The Honorable Jon P. McCalla
United States District Judge
Western District of Tennessee, Western Division
Clifford Davis Federal Building
167 N. Main Street
Memphis, TN 38103

JUN 2 1 2005

Re:   POOLE, Robert Eugene
      Case No. 05-20098-M1
      Reg. No. 20206-076

Dear Judge McCalla:

Your court order, dated May 4, 2005, committed Robert Eugene Poole to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine his competence to stand trial and his mental state at the time of the alleged offense. Mr. Poole arrived at the Federal Medical Center (FMC) Lexington, Kentucky on May 26, 2005. Due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us 60 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation. Under such a time frame, the evaluation would be completed by July 25, 2005, and a report would be available to the Court by August 15, 2005.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Joe W. Booker, Jr.
Warden

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 21, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20098 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT