IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 OCT 13 PM 5: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>VS. )<br> )<br>ROBERT EUGENE POOLE )<br>    Defendant. )<br> ) | CR. NO. 05-20098-Ml |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on October 12, 2005, the United States Attorney for this district, Stephen Parker, appearing for the Government and the defendant, Robert Eugene Poole, appearing in person and with counsel, Jacob Erwin, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, FEBRUARY 8, 2006, at 9:00 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 13 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-14-05

(40)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20098 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT